ROSENBERG, Respondent, v. HEIDEL-BERG, Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Henry Rosenberg against Isaac N. Heidelberg. S. Kohn, for appellant. J. Frankenheimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROSENBERG et al., Respondents, v. SMOKE, Appellant. (Supreme Court, Appellate Term. December 26, 1900.) Action by Jacob Rosenberg and another against Annie Smoke. From a judgment for plaintiffs, defendant appeals. Affirmed. Maurice S. Hyman, for appellant. Rosalsky & Rosalsky, for respondent. PER CURIAM. The only question in this case is whether the goods, to recover the price of which this action is brought, were sold to the defendant or to her husband. Upon this there was a conflict of evidence, which the trial justice has resolved in favor of the plaintiffs. We see no reason for disturbing his decision in that regard. Judgment affirmed, with costs.

ROSENMEYER v. GREENBAUM. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Pauline Rosenmeyer against Jacob H. Greenbaum. No opinion. Motion denied, upon payment of $10 costs. See 65 N. Y. Supp. 1144.

ROSENTHAL, Respondent, v. ABRAMSON, City Marshal, Appellant. (Supreme Court, Appellate Division, Second Department. December 7, 1900.) Action by Charles Rosenthal against Samuel J. Abramson, as one of the marshals of the city of New York. No opinion. Judgment of the municipal court affirmed by default, with costs.

ROSENWEIG, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme court, Appellate Division, First Department. November 9, 1900.) Action by Harry Rosenweig against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. C. N. Bovee, for respondent. No opinion. Judgment and order affirmed, with costs.

ROSS, Appellant, v. MILLRING et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 4, 1900.) Action by James Ross against Laura Millring and others. No opinion. Judgment and order affirmed, with costs.

RUDOLPH, Respondent, v. CORRIGAN, Appellant. (Supreme Court, Appellate Term. January 10, 1901.) Action by Otto Rudolph against John Corrigan. From a judgment in favor of plaintiff, defendant appeals. Reversed. R. W. Thompson, for appellant. H. C. Franklin, for respondent. PER CURIAM. The judgment is wholly unwarranted by the evidence, and must for that reason be reversed. Even if the court believed the plaintiff's improbable story that the defendant gave him general authority to go ahead and do whatever repairs he deemed nec-essary, still he does not show either the amount of work which he claims to have done, or its value, with sufficient decision to justify a judgment for any appreciable sum; much less, for the large sum awarded him by the justice. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.

SAMAK, Respondent, v. MUHLMAN et al., Appellants. (City Court of New York, General Term. January 3, 1901.) Action by Jacob Samak against Maurice L. Muhlman and others. From a judgment in favor of plaintiff, defendants appeal. Affirmed. Jacob Brenner, for appellants. Nichols & Bacon, for respondent. PER CURIAM. Judgment affirmed, with costs.

SCHEIDT v. EPSTEIN et al. (Supreme Court, Appellate Division, Second Department. November 30, 1900.) Action by John H. Scheidt, executor, etc., against Hyman Epstein and another. No opinion. Motion for reargument denied.

SCHOELLKOPF et al. v. COATSWORTH et al. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Louis Schoellkopf and another against Albert T. Coatsworth and others. No opinion. Motion for leave to appeal to the court of appeals granted. See 66 N. Y. Supp. 979.

SCHOONMAKER et al., Respondents, v. HILLIARD, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by John D. Schoonmaker and others against John C. Hilliard. Order denying motion for change of venue affirmed, with $10 costs and disbursements.

SCHULEMAN, Respondent, v. MEISLAHN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Emma D. Schuleman against Albert Meislahn and another, as executors, etc. No opinion. Judgment affirmed, with costs, on opinion of Jenks, J., in Meislahn v. Meislahn, 67 N. Y. Supp. 480.

In re SCHUYLER. (Supreme Court, Appellate Division, First Department. December 14, 1900.) In the matter of Charles E. Schuyler. No opinion. Motion granted, with $10 costs.

SCHWARTZ, Respondent, v. ARIEWITZ et al., Appellants. (Supreme Court, Appellate Term. January 2, 1901.) Action by Charles Schwartz against Philip Ariewitz and another. From a judgment for plaintiff, defendants appeal. Modified. B. Ginzburg, for appellants. S. N. Tuchman, for respondent. PER CURIAM. Judgment modified, by striking out the words, "Defendant Philip Ariewitz subject to arrest and imprisonment," and, as modified, affirmed, without costs.